# MISCELLANEOUS SUPREME COURT DISPOSITIONS

(296 P3d 1276)

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

### January 17, 2013

Engweiler, Conrad R. v. Persson (S060793). The petition for writ of habeas corpus is allowed.

Voong v. Cornell (S060693)(353 Or 128). Petition for alternative writ of mandamus dismissed as moot.

### January 29, 2013

State v. Benoit, Laurie Ann (S060858). Alternative writ of mandamus issued.

## BALLOT TITLE(S) CERTIFIED

### January 24, 2013

Cosgrove v. Rosenblum (S060909). Petitioner's argument that the Attorney General's certified ballot title for Initiative Petition No. 3 (2014) does not comply substantially with ORS 250.035(2) to (6) is not well taken. The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed ballot measure.

Edwards v. Rosenblum (S060837). Petitioner's argument that the Attorney General's certified ballot title for Initiative Petition No. 2 (2014) does not comply substantially with ORS 250.035(2) to (6) is not well taken. The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed ballot measure.